**The People of the State of Illinois, defendant in error, v. William Wallace, plaintiff in error. Gen. No. 7,319.**

Conviction of unlawfully possessing and selling intoxicating liquor. Error to the County Court of Warren county; the Hon. Clinton M.

Huey, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed July 24, 1924. Rehearing denied October 8, 1924.

Hanley & Cox and Hartzell, Cavanagh, Martin & Hartzell, for plaintiff in error. Chas. E. Lauder, State's Attorney, for defendant in error; Frederick H. Lauder, of counsel.

Mr. Justice Partlow delivered the opinion of the court.